# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **19–23056 – RAG**   Chapter: **13**

**Helena Townes**
Debtor

# DEFICIENCY NOTICE

DOCUMENT:   17 – Amended Chapter 13 Plan. Amount of Payments per Month: $297.00 for 60 months, Number of Months:60, Filed by Helena Townes. (Attachments: # 1 Certificate of Service # 2 List of All Creditors)(Parker, Kim)

PROBLEM:   **The following items are deficient for the above pleading, and must be cured by 1/13/20. 1. Section 1 of the certificate of service is answered incorrectly.**

CURE:   File an amended certificate of service with Section 1 answered correctly.

CONSEQUENCE:   Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 12/30/19

Mark A. Neal, Clerk of Court
by Deputy Clerk, Mark Rybczynski
410–962–4255

cc:   Debtor
Attorney for Debtor – Kim D. Parker

defntc (rev. 12/12/2016)