Entered: February 18th, 2020
Signed: February 18th, 2020

**SO ORDERED**

The hearing will take place on March 9, 2020 at 3:00 p.m.



**ROBERT A. GORDON**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In Re: | * | |
| | * | Case No.   19-23056-RAG |
| Helena Townes | * | Chapter   13 |
| | * | |
| | * | |
| Debtor | * | |

### ORDER THAT MOVANT'S ATTORNEY SHOW CAUSE
### FOR FAILURE TO APPEAR AT HEARING

The attorney for the Movant, Capital One Auto Finance having failed to appear at the hearing held on February 7, 2020 at 9:15 a.m., it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that Candace M. Murphy, Esquire, appear before this Court in Courtroom 1B of the U.S. Bankruptcy Court, U.S. Courthouse, 101 West Lombard Street, Baltimore, Maryland, on the date and time noted above, to show cause, if there be any, why she should not be sanctioned for her failure to appear at the above-mentioned hearing.

cc: Debtor
Debtor's Counsel – Kim D. Parker, Esquire
Movant – Capital One Auto Finance
Movant's Counsel – Candace M. Murphy, Esquire
Trustee – Robert S. Thomas II
U.S. Trustee

**End Of Order**